Opinion filed May 11, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed May 11, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00071-CV 

 

                                                    __________

 

                                                     IN RE D.M.

 



 

                                               On
Appeal from the County Court

 

                                                         Howard County, Texas

 

                                                 Trial Court Cause No. M-22644

 



 

                                              M
E M O R A N D U M  O
P I N I O N

Appellant has
filed in this court a motion to dismiss her appeal.  The motion is granted, and the appeal is
dismissed.

 

PER CURIAM

 

May 11, 2006

Panel consists of: 
Wright, C.J., and

McCall, J., and Strange, J.